# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04-CV-936 CAS |
| | ) | |
| K C MASTERPIECE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

In accordance with the Memorandum and Order of October 5, 2006 and incorporated herein, and plaintiff's Response thereto concerning prejudgment interest,

**IT IS HEREBY ORDERED** that judgment is entered in favor of plaintiff Darrell Woods and against defendant Lenexa Restaurant Group d/b/a K.C. Masterpiece Barbeque and Grill for back pay in the amount of Three Thousand Seven Hundred Seventy-Six Dollars and Seventy-Seven Cents ($3,776.77), prejudgment interest in the amount of Seven Hundred Seventy-Seven Dollars and Eighty-Three Cents ($777.83), and post-judgment interest as allowed by law.

Costs are assessed against defendant.


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __20th__ day of October, 2006.